IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


PAMELA GRACE HOWELL,

    Plaintiff,

v.                                                             4:13cv510-WS

BUREAU OF THE PUBLIC
DEPT. TREASURY SPECIALIST,

    Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 5) docketed October 28, 2013. The magistrate judge recommends that the plaintiff's case be dismissed for lack of subject matter jurisdiction. The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 5) is hereby ADOPTED and incorporated by reference in this order.

    2. The plaintiff's complaint, and this action, are hereby DISMISSED for lack of subject matter jurisdiction.

3. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this   25th   day of    November   , 2013.


                         s/ William Stafford
                         WILLIAM STAFFORD
                         SENIOR UNITED STATES DISTRICT JUDGE